1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

James A. McDevitt
United States Attorney
Eastern District of Washington
Aine Ahmed
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 05 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

JOSEPH PATRICK CURRY,

                    Defendant.

# CR-07-120-EFS

## INDICTMENT

Vio:  21 U.S.C. § 841(a)(1)
Possession with Intent to
Distribute 500 Grams or
More of a Mixture or
Substance Containing
Methamphetamine
(Count 1)

21 U.S.C. §§ 952 and 960
Importation of 500 Grams
or More of a Mixture or
Substance Containing
Methamphetamine
(Count 2)

8 U.S.C. § 1325(a)
Entry Without Inspection
(Count 3)

The Grand Jury Charges:

### COUNT 1

That on or about August 10, 2007, in the Eastern District of Washington,

JOSEPH PATRICK CURRY did knowingly and intentionally possess with the

intent to distribute 500 grams or more of a mixture or substance containing a

detectable amount of methamphetamine, a Schedule II controlled substance, in

violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

INDICTMENT - 1
P70830DD.AAD.wpd

## COUNT 2

That on or about August 10, 2007, in the Eastern District of Washington, JOSEPH PATRICK CURRY did knowingly and intentionally import into the United States, from a place outside of the United States, specifically Canada, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 952 and 960(b)(1)(H).

## COUNT 3

That on or about August 10, 2007, in the Eastern District of Washington, JOSEPH PATRICK CURRY, an alien, did knowingly and intentionally enter the United States and elude examination or inspection by immigration officers, specifically by failing to report to an official United States port of entry either by telephone or in person, in violation of 8 U.S.C. § 1325(a).

DATED this ___5th___ day of September, 2007.

A TRUE BILL

James A. McDevitt
United States Attorney

Aine Ahmed
Assistant United States Attorney

INDICTMENT - 2
P70830DD.AAD.wpd