```
 1  James A. McDevitt
    United States Attorney
 2  Eastern District of Washington
    Aine Ahmed
 3  Assistant United States Attorney
    Post Office Box 1494
 4  Spokane, WA 99210-1494
    Telephone: (509) 353-2767
 5
```

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 23 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JOSEPH PATRICK CURRY,<br><br>　　　　　Defendant. | CR-07-120-EFS<br><br>SUPERSEDING INDICTMENT<br><br>Vio:　21 U.S.C. § 841(a)(1)<br>　　　Possession with Intent to<br>　　　Distribute Ecstasy<br>　　　(Count 1)<br><br>　　　21 U.S.C. §§ 952 and 960<br>　　　Importation of Ecstasy<br>　　　(Count 2)<br><br>　　　8 U.S.C. § 1325(a)<br>　　　Entry Without Inspection<br>　　　(Count 3) |

The Grand Jury Charges:

## COUNT 1

That on or about August 10, 2007, in the Eastern District of Washington, JOSEPH PATRICK CURRY did knowingly and intentionally possess with the intent to distribute 3, 4-methylenedioxymethamphetamine, which is commonly known as MDMA or ecstasy, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

SUPERSEDING INDICTMENT - 1
curryindictment.wpd

COUNT 2

That on or about August 10, 2007, in the Eastern District of Washington, JOSEPH PATRICK CURRY did knowingly and intentionally import into the United States, from a place outside of the United States, specifically Canada, 3, 4-methylenedioxymethamphetamine, which is commonly known as MDMA or ecstasy, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 952 and 960(b)(3).

COUNT 3

That on or about August 10, 2007, in the Eastern District of Washington, JOSEPH PATRICK CURRY, an alien, did knowingly and intentionally enter the United States and elude examination or inspection by immigration officers, specifically by failing to report to an official United States port of entry either by telephone or in person, in violation of 8 U.S.C. § 1325(a).

DATED this **23** day of October, 2007.

A TRUE BILL

_____
Foreperson

_Thomas O. Rice, FAUSA_
James A. McDevitt
United States Attorney

_Aine Ahmed / Tim M. Durkin_
Aine Ahmed
Assistant United States Attorney

SUPERSEDING INDICTMENT - 2
curryindictment.wpd