**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

## MAGISTRATE JUDGE IMBROGNO

## CR-07-120-EFS
## USA v JOSEPH CURRY

## ARRAIGNMENT / INITIAL APPEARANCE: 10/14/10

| | | | |
|---|---|---|---|
| [ X ] | Honorable Cynthia Imbrogno | [ X ] | Aine Ahmed, USAtty |
| [ X ] | L. Stejskal, Courtroom Deputy | [ X ] | Amy Rubin, Federal Defender |
| [ X ] | Shawn Kennicutt, Pretrial / Probation | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# Remarks

Defendant appeared with counsel and was advised of his rights and the allegations contained in the Superseding Indictment.  Based on the information contained in the Financial Affidavit, the Court appointed the Federal Defender to represent defendant in this matter.   "Not guilty" plea was entered.

The Government has filed a motion for detention; defendant waived bail hearing before this Court.  Defendant was remanded to the custody of the U.S. Marshal pending further Order of the Court.

**USATTY ADVISED THAT DISCOVERY WILL BE AVAILABLE IN 10 DAYS**

FTR/S-740 * 1:45 - 1:55 pm
ARRAIGNMENT / INITIAL APPEARANCE:   10/14/10