UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH PATRICK CURRY,<br><br>    Defendant. | No. CR-07-120-EFS<br>MJ-10-324<br>ORDER FOLLOWING:<br><br>☑  INITIAL APPEARANCE<br>☑  ARRAIGNMENT<br><br>☑  MOTION GRANTED<br>    **(Ct. Rec. 20)**<br><br>☐  ACTION REQUIRED |

Date of hearing: October 14, 2010.

☑    Indictment    ☐ Superseding Indictment

Defendant was advised of, and acknowledged, Defendant's rights.

☑    Defendant, on Defendant's plea(s) of not-guilty, is bound over to the United States District Court for trial.

☑    Defendant, personally and through counsel, waived the right to a bail hearing.

    Defendant shall be held in detention pending disposition of this case or until further order of the court. Defendant may petition the court to reopen the detention issue by written motion to amend and request for hearing, served upon the United States Attorney. Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

☐    The U.S. Probation Office personnel shall prepare a Pretrial Services Report, limited to criminal history, and without interviewing Defendant.

ORDER - 1

☐   Directive(s) to U.S. Marshal: _____

_____

☑   Other: _Defendant was advised as to the Pretrial Petition (MJ-10-326) from the W.D.WA._

_____

DATED October 14, 2010.

_____
CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 2