RETURN TO CLERK USDC
P.O. BOX 1493
SPOKANE, WA 99210

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| Plaintiff (s) | |
| v. | Case Number: CR-07-120-EFS |
| **JOSEPH PATRICK CURRY** | |

U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 15 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Defendant (s)

To:    The United States Marshal and any Authorized U.S. Officer

YOU ARE HEREBY COMMANDED to arrest **JOSEPH PATRICK CURRY**

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n) indictment
charging him or her with violation of:

**21 USC SECTION 841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE ECSTASY**
**21 USC SECTIONS 952 and 960 IMPORTATION OF ECSTASY**
**8 USC SECTION 1325(a) ENTRY WITHOUT INSPECTION**

| | |
|---|---|
| JAMES R. LARSEN | CLERK, U.S. DISTRICT COURT |
| by: *Renea Denarte* | October 23, 2007    at Spokane, WA |
| Deputy Clerk | |

**BAIL FIXED AT** AUSA seeks Detention
**BY HONORABLE** MAGISTRATE JUDGE CYNTHIA IMBROGNO

| RETURN ON WARRANT | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant | | |
| Date Received 10/23/07 | Name and Title of Arresting Officer J. Brown | Signature of Arresting Officer |
| Date of Arrest 10/14/2010 | DUSM | |

AO - 442 - WARRANT FOR ARREST

RETURN TO CLERK USDC
P.O. BOX 1493
SPOKANE, WA 99210

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA                    **WARRANT FOR ARREST**

                    Plaintiff (s)

                    v.                       Case Number:  CR-07-120-EFS

**JOSEPH CURRY**



                    Defendant (s)


To:    The United States Marshal and any Authorized U.S. Officer

YOU ARE HEREBY COMMANDED to arrest **JOSEPH CURRY**

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n) by order of the Court
charging him or her with violation of:

**21 USC 841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF A MIXTURE OR
SUBSTANCE CONTAINING METHAMPHETAMINE**

**21 USC 952 & 960 IMPORTATION OF 500 GRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING
METHAMPHETAMINE; AND**

**8 USC 1325(a) ENTRY WITHOUT INSPECTION**



JAMES R. LARSEN                             CLERK, U.S. DISTRICT COURT

by _Rinea Denarte_                          September 17, 2007        at  Spokane, WA
Deputy Clerk

**BAIL FIXED AT**  HOLD W/O BOND
**BY HONORABLE** JUDGE WM. FREMMING NIELSEN

| RETURN ON WARRANT | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant | | |
| Date Received<br>8/23/07 | Name and Title of Arresting Officer<br>J. Brown | Signature of Arresting Officer |
| Date of Arrest<br>10/13/2010 | Dusm | |

AO - 442 - WARRANT FOR ARREST