FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 18 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                  )<br>            Plaintiff,        )<br>                                  )<br>      v.                          )<br>                                  )<br>    Joseph Currix                 )<br>            Defendant.        )<br>                                  ) | NO. CR-07-120-EFS<br><br>DEFENDANT'S STATEMENT<br>OF REASONS IN SUPPORT<br>OF THE MOTION TO<br>CONTINUE TRIAL |

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within a seventy-day period. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for a continuance. A Motion to Continue the trial has been filed. I ask this Court to grant that Motion to Continue and reset the trial date from its current date of **12/13/10** to a date not later than **3-15-11** for the following reasons as found in 18 U.S.C. § 3161: **So THAT MY ATTORNEY MAY BE PROPERLY PREPARE AS HE IS NEWLY APPOINTED** _____
_____
_____
_____
_____.

I understand that if the Court grants the Motion to Continue that all time between the date the Motion to Continue was filed and the new date for trial will be excluded from the speedy trial

Defendant's Statement of Reasons in Support of Motion to Continue Trial - 1          Rev. 06/16/06

1 | period under the Speedy Trial Act.

2

3     I declare under penalty of perjury that the foregoing is true and correct.

4

5                                              Defendant
                                             Date: 11/18/10

6

7     I have read this form and discussed the contents with my client.

8                                              Counsel for Defendant

9                                              Date: 11/18/10

10

11     I have translated this form into a language in which the Defendant is conversant.  If questions have arisen, I have notified the Defendant's counsel of the questions and have not offered not given advice nor personal opinions.

12

13                                              Interpreter

14                                              Date:

15

16

17

18

19

20

21

22

23

24

25

26

27

28 | Defendant's Statement of Reasons in Support of Motion to Continue Trial - 2       Rev. 06/16/06