Michael C. Ormsby
United States Attorney
Eastern District of Washington
Aine Ahmed
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 07-CR-120-EFS |
| vs. | Joint Status Report |
| JOSEPH PATRICK CURRY, | |
| Defendant. | |

    Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Aine Ahmed, Assistant United States Attorney for the Eastern District of Washington, and defense counsel Christian J. Phelps submit the following Joint Status Report.

    Both counsel met on December 8, 2010. During this meeting, defense counsel had an opportunity to inspect reports concerning informants/cooperating defendants that have provided information as to the Defendant's prior drug importation activities. The United States does anticipate filing a motion pursuant to Fed. R. Evid. 404(b) by January 6, 2011, the date set by the Court as a deadline

Joint Status Report - 1
P01209DD.AAA.wpd

1  for motions.  At this time, both parties anticipate that the matter will go to trial.

2  DATED December 9, 2010.

3  Michael C. Ormsby
   United States Attorney
4

5  *s/Aine Ahmed*

6  Aine Ahmed
   Assistant United States Attorney

Joint Status Report - 2
P01209DD.AAA.wpd

1   I hereby certify that on December 9, 2010, I electronically filed the
2 foregoing with the Clerk of the Court using the CM/ECF System which will send
3 notification of such filing to the following, and/or I hereby certify that I have
4 mailed by United States Postal Service the document to the following non-
5 CM/ECF participant(s):

   Mr. Christian J. Phelps
   Attorney at Law
   1321 West Broadway Avenue
   Spokane, Washington 99201

   *s/Aine Ahmed*

   Aine Ahmed
   Assistant United States Attorney

Joint Status Report - 3
P01209DD.AAA.wpd