Michael C. Ormsby
United States Attorney
Eastern District of Washington
Aine Ahmed
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 07-CR-120-EFS |
| vs. | ) | |
| | ) | Notice Of Hearing With Oral Argument |
| JOSEPH PATRICK CURRY, | ) | |
| Defendant. | ) | |

NOTICE IS HEREBY GIVEN TO DEFENDANT AND HIS COUNSEL that United States' Motion to Admit Evidence Pursuant to Fed. R. Evid. 404(b) on file herein will be brought on for hearing at Spokane, on February 9, 2011, at 1:00 p.m. or as soon thereafter as the same may be heard.

DATED January 18, 2011.

Michael C. Ormsby
United States Attorney

*s/ Aine Ahmed*

Aine Ahmed
Assistant United States Attorney

Notice Of Hearing With Oral Argument - 1
P10118DD.AAC.wpd

1  I hereby certify that on January 18, 2011, I electronically filed the foregoing
2  with the Clerk of the Court using the CM/ECF System which will send
3  notification of such filing to the following, and/or I hereby certify that I have
4  mailed by United States Postal Service the document to the following non-
5  CM/ECF participant(s):

Mr. Christian J. Phelps
Attorney at Law
1321 West Broadway Avenue
Spokane, Washington 99201

*s/ Aine Ahmed*

Aine Ahmed
Assistant United States Attorney

Notice Of Hearing With Oral Argument - 2
P10118DD.AAC.wpd