Michael C. Ormsby
United States Attorney
Eastern District of Washington
Aine Ahmed
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> JOSEPH PATRICK CURRY, ) <br> ) <br> Defendant. ) <br> ) | CR-07-0120-EFS <br><br> Government's Sentencing Memorandum |

    Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Aine Ahmed, Assistant United States Attorney for the Eastern District of Washington, respectfully responds to the Presentence Investigation Report ("PSIR") as follows.

    First, the Government has no objections to the PSIR. However, the Government recommends that the Court accept the Plea Agreement, filed pursuant to Fed.R.Crim.P. 11(c)(1)(C) wherein the Government and Defendant jointly recommend a sentence of incarceration of one-hundred and two (102) months followed by three (3) years of supervised release. The Defendant has successfully completed a safety valve interview. While the relevant conduct is factually correct as contained in the PSIR, the Plea Agreement recommends a reasonable sentence

Government's Sentencing Memorandum - 1
P10503jm.AAA.wpd

1 based on readily provable conduct, without the necessity of calling reluctant
2 witnesses at a trial.
3     DATED May 3, 2011.

    Michael C. Ormsby
    United States Attorney

    /s Aine Ahmed

    Aine Ahmed
    Assistant United States Attorney

11     I hereby certify that on May 3, 2011, I electronically filed the foregoing
12 with the Clerk of the Court using the CM/ECF System which will send
13 notification of such filing to the following, and/or I hereby certify that I have
14 mailed by United States Postal Service the document to the following non-
15 CM/ECF participant(s)::

    Mr. Christian Phelps
    Attorney at Law
    422 W. Riverside, Suite 518
    Spokane, Washington 99201

    s/ Aine Ahmed

    Aine Ahmed
    Assistant United States Attorney

Government's Sentencing Memorandum - 2
P10503jm.AAA.wpd