Christian J. Phelps
Christian Phelps, P.S.
1321 W. Broadway
Spokane, WA 99201
509-323-2420

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           Plaintiff,  )<br>     )<br>v.  )<br>     )<br>JOSEPH PATRICK CURRY  )<br>     )<br>           Defendant.  ) | NO. CR-07-0120-EFS1<br><br>DEFENDANT'S RESPONSE TO THE PSIR AND SENTENCING MEMORANDUM |

The defendant, Joseph Curry, by and through his attorney, Christian Phelps, submits the following Sentencing Memorandum and Response to the Presentence Investigation Report ("PSIR").

Mr. Curry has reviewed the PSIR with counsel and has no material objections to the factual elements contained therein. Mr. Curry urges the Court to accept the Plea Agreement, filed pursuant to Fed.Crim.P 11(c)(1)(C) wherein the government and he jointly recommend a sentence of incarceration of one-hundred and two (102) months followed by three (3) years of supervised release.

**DEFENDANT'S RESPONSE TO PSIR AND
SENTENCING MEMORANDUM -- 1**

For reasons to be articulated at sentencing, Mr. Curry asserts that he has demonstrated an acceptance of responsibility for his criminal conduct and entered a timely plea and is entitled to the attendant three (3) level reduction.

Similarly, Mr. Curry objects/resists the PSIR's proposed four-level "leader/organizer" increase in the Offense Level and the two-level increase for obstruction of justice. (PSIR at paragraphs 35 and 36). (Mr. Curry challenged extradition and surrendered to Canadian authorities).

RESPECTFULLY SUBMITTED this 4th day of May, 2011.

    __S/Chris Phelps_____
    CHRISTIAN PHELPS
    Attorney for Defendant

**DEFENDANT'S RESPONSE TO PSIR AND SENTENCING MEMORANDUM --** 2

# CERTIFICATE OF SERVICE

I hereby certify that on May 4th, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Assistant United States Attorney, Aine Ahmed.

S/Chris Phelps_____
Christian Phelps
Attorney for Defendant
Christian Phelps P.S.
1321 W. Broadway
Spokane WA 99201
(509) 323-2420
(509) 326-3142 (fax)

**DEFENDANT'S RESPONSE TO PSIR AND SENTENCING MEMORANDUM --** 3