```
   REEAO   540*23 *            SENTENCE MONITORING              *      10-12-2011
PAGE 001           *             COMPUTATION DATA               *      13:20:56
                                AS OF 10-12-2011

REGNO..: 37751-086 NAME: CURRY, JOSEPH PATRICK


FBI NO............: 350227TC2              DATE OF BIRTH: 10-30-1960
ARS1..............: REE/A-DES
UNIT..............: UNIT B                 QUARTERS.....: B03-009U
DETAINERS.........: NO                     NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 11-30-2016

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-30-2017 VIA GCT REL


-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------


COURT OF JURISDICTION...........: WASHINGTON, EASTERN DISTRICT
DOCKET NUMBER...................: 2:07CR00120-001
JUDGE...........................: SHEA
DATE SENTENCED/PROBATION IMPOSED: 05-05-2011
DATE COMMITTED..................: 08-03-2011
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:   $100.00         $00.00           $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------

OFFENSE CODE....:  392
OFF/CHG: 21:952&960(B)(3) IMPORTATION OF 3,4-METHLENEDIOXYMETHAM-
         PHETAMINE (MDMA/ECSTASY), A SCHEDULE I CONTROLLED SUBSTANCE

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   102 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 CLASS OF OFFENSE...............: CLASS C FELONY
 DATE OF OFFENSE................: 08-10-2007




G0002         MORE PAGES TO FOLLOW . . .
```

```
     REEAO   540*23  *            SENTENCE MONITORING           *      10-12-2011
   PAGE 002 OF 002  *              COMPUTATION DATA             *      13:20:56
                                    AS OF 10-12-2011

   REGNO..: 37751-086 NAME: CURRY, JOSEPH PATRICK


   --------------------------CURRENT COMPUTATION NO: 010 --------------------------


   COMPUTATION 010 WAS LAST UPDATED ON 09-09-2011 AT REE AUTOMATICALLY

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   CURRENT COMPUTATION 010: 010 010

   DATE COMPUTATION BEGAN..........: 05-05-2011
   TOTAL TERM IN EFFECT............:   102 MONTHS
   TOTAL TERM IN EFFECT CONVERTED..:     8 YEARS       6 MONTHS
   EARLIEST DATE OF OFFENSE........: 08-10-2007

   JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                       08-13-2007    08-20-2007
                                       03-05-2009    03-30-2009
                                       02-05-2010    05-04-2011

   TOTAL PRIOR CREDIT TIME.........: 488
   TOTAL INOPERATIVE TIME..........: 0
   TOTAL GCT EARNED AND PROJECTED..: 400
   TOTAL GCT EARNED................: 54
   STATUTORY RELEASE DATE PROJECTED: 05-30-2017
   EXPIRATION FULL TERM DATE.......: 07-04-2018


   PROJECTED SATISFACTION DATE.....: 05-30-2017
   PROJECTED SATISFACTION METHOD...: GCT REL





   G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
   REEAO   542*22  *          SENTENCE MONITORING            *      10-12-2011
PAGE 001 OF 001  *              GOOD TIME DATA               *      13:21:34
                              AS OF  10-12-2011

REGNO...: 37751-086    NAME: CURRY, JOSEPH PATRICK
ARS 1...: REE A-DES                                        PLRA
COMPUTATION NUMBER..: 010                  FUNC..: PRT    ACT DT:
LAST UPDATED:  DATE.: 09-09-2011           FACL..: REE       CALC: AUTOMATIC
UNIT................: UNIT B               QUARTERS...........: B03-009U
DATE COMP BEGINS....: 05-05-2011           COMP STATUS........: COMPLETE
TOTAL JAIL CREDIT...: 488                  TOTAL INOP TIME....: 0
CURRENT REL DT......: 05-11-2018 FRI       EXPIRES FULL TERM DT: 07-04-2018
PROJ SATISFACT DT...: 05-30-2017 TUE       PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                      ACTUAL SATISF METHOD:
DAYS REMAINING......:                      FINAL PUBLC LAW DAYS:
GED PART STATUS.....:                      DEPORT ORDER DATED..:

---------------------------GOOD CONDUCT TIME AMOUNTS---------------------------

   START        STOP       MAX  POSSIBLE TO    ACTUAL TOTALS   VESTED    VESTED
   DATE         DATE       DIS     FFT        DIS      FFT     AMOUNT    DATE
 01-03-2010   01-02-2011    54      54
 01-03-2011   01-02-2012    54
 01-03-2012   01-02-2013    54
 01-03-2013   01-02-2014    54
 01-03-2014   01-02-2015    54
 01-03-2015   01-02-2016    54
 01-03-2016   01-02-2017    54
 01-03-2017   05-30-2017    22

      TOTAL EARNED AMOUNT.........................................:     54
      TOTAL EARNED AND PROJECTED AMOUNT...........................:    400




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```