JOSEPH PATRICK CURRY
#37751-086
P.O. BOX 1560
PECOS TEXAS 79772

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
P.O. BOX 1493
SPOKANE WASHINGTON 99210

RECEIVED
MAY 22 2015
CLERK, U.S. DISTRICT COURT
SPOKANE, WA